## Lang et al. v. Hanlon (et al., Appellant).

(No. 183, March T., 1931.)

OPINION BY MR. JUSTICE MAXEY, November 23, 1931:
The judgment of the court below entering judgment n. o. v. for the defendant, M. A. Hanlon, is affirmed for the reasons set forth in the opinion filed to No. 182, March Term, 1931.

## Lang et al., Appellants, v. Hanlon et al.

(No. 9, March T., 1931.)

OPINION BY MR. JUSTICE MAXEY, November 23, 1931:
This is the appeal of William Lang and Elizabeth Lang from the judgment of the court below entering judgment n. o. v. in favor of the defendant, M. A. Hanlon. The judgment is affirmed for the reasons set forth in the opinion filed to No. 182, March Term, 1931.